535 A.2d 1055

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF ENVIRONMENTAL RESOURCES**

v.

**William FIORE, t/d/b/a Municipal and Industrial Disposal Company, Appellant.**

**No. 39 W.D. Appeal Dkt.1985.**

Supreme Court of Pennsylvania.

Argued March 5, 1986.

Decided Jan. 25, 1988.

Robert P. Ging, Jr., Lee R. Golden, Pittsburgh, for appellant.

Dennis W. Strain, Pittsburgh, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Order of Commonwealth Court affirmed.